Argued and submitted November 15, appeal dismissed December 5, 1984

## AEBISCHER,
*Appellant,*

*v.*

## WHITE et al,
*Defendants,*
## REIDT,
*Respondent.*

(41-898; CA A30384)

692 P2d 128

Elden M. Rosenthal, Portland, argued the cause for appellant. With him on the reply brief was Rosenthal & Greene, P.C., Portland.

Michael A. Lehner, Portland, argued the cause and filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Plaintiff appeals from an "Order Directing Verdict in Favor of Defendant Reidt,"[1] the dispositive language of which reads:

"IT IS HEREBY ORDERED AND ADJUDGED that defendant Reidt's motion for a directed verdict is allowed and that defendant Reidt have and recover from plaintiff his costs and disbursements incurred herein and taxed at $110.00 and that execution issue therefor."

As in *City of Portland v. Carriage Inn,* 296 Or 191, 673 P2d 531 (1983), the order here would lay the foundation for the entry of a judgment, not prevent it. ORS 19.010(2)(a); ORCP 70A.

Dismissed for want of an appealable order.

---

[1] The claims against all other defendants have been resolved.